NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALEXANDER RICHARDSON and )
JAMES RICHARDSON, )
  )
    Petitioners, )
  )
v. )    Case No. 2D18-2675
  )
MEENWATTIE KISSOON, )
  )
    Respondent. )
_____ )

Opinion filed November 28, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Emmett
Lamar Battles, Judge.

Kansas R. Gooden of Boyd & Jenerette,
P.A., Jacksonville, for Petitioners.

Luis G. Figueroa and Dennis Hernandez of
Dennis Hernandez & Associates, P.A.,
Tampa, for Respondent.


PER CURIAM.


      Dismissed. See Morgan, Colling & Gilbert, PA. v. Pope, 798 So. 2d 1

(Fla. 2d DCA 2001).


NORTHCUTT, MORRIS, and BLACK, JJ., Concur.